US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 27 2021

JAMIE GIANI, Clerk

By

Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff )<br> )<br>v. )<br> )<br>$96,690 in UNITED STATES CURRENCY )<br>Defendant Property )<br> )<br>OSAMAH ABURAS )<br>C TO R WHOLESALE, LLC, )<br>Claimants ) | Civil No. **2:21-CV-02127-PKH** |

## CONSENT DECREE OF FORFEITURE

On August 2, 2021, a verified complaint of Forfeiture was filed on behalf of the plaintiff, the United States of America, against the Defendant Property, $96,690 in United States Currency. The complaint alleged that the defendant properties are subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because they are property involved in and traceable to violation of 21 U.S.C. §§ 841 *et seq*., and pursuant to 18 U.S.C. §§ 981 *et seq*. because they constitute property involved in and traceable to transactions or attempted transactions in violation of 18 U.S.C. §§ 1956(a)(1) & 1957.

The Court notes that the United States of America and the only Claimant, Osamah Aburas, personally and as an agent of C to R Wholesale, LLC, (hereinafter "Claimant"), have entered into a Stipulation for Compromise Settlement filed in the above-captioned matter. Claimant has consented and agreed to the entry of judgment of forfeiture based upon the Complaint for Civil Forfeiture in rem in favor of the United States on the conditions set forth below:

    A. The United States will return to Claimant the sum of $38,676.00 in the form of a payment made through the United States Treasury; and

B. Claimant agreed that the remaining $58,014.00 in custody of the United States Marshal Service will be forfeited to the government.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

1. The United States shall return to Claimant, by and through his attorney, Eugene Clifford, the sum of $38,676.00 of the Defendant Property, less any delinquent debt owed by Claimant that the United States Treasury is required to collect through the Treasury Offset Program;

2. All right, title, and interest in the remaining defendant property, $58,014.00 in United States currency, are forfeited to the United States of America;

3. The United States Marshal shall deposit the $58,014.00 in the United States Department of Justice's Asset Forfeiture Fund for disposition according to law;

4. This Court hereby enters, and this judgment shall constitute, a certificate of reasonable cause under 28 U.S.C. § 2465(a)(2) as to the defendant properties named in the complaint;

5. This Court shall retain jurisdiction of this cause for the purpose of enforcing this Judgment of Forfeiture.

IT IS SO ORDERED, this 27TH day of OCTOBER 2021.

_____
HONORABLE P.K. HOLMES III
UNITED STATES DISTRICT JUDGE

APPROVED:

_____          _____
Benjamin Wulff, AUSA, for Plaintiff           Eugene Clifford, Attorney for Claimant

2